UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLVILLE TRIBAL SERVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | NO. CV-04-471-RHW<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

On February 16, 2006, the parties filed a Stipulated Agreement to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1). (Ct. Rec. 14). The parties agree that the above-captioned case may be dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **dismissed with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide copies to counsel, and close the file.

**DATED** the 22nd day of February, 2006.

s/ Robert H. Whaley

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2004\Colville Tribal\dismiss.wpd

**ORDER DISMISSING  CASE AND CLOSING FILE ~** 1